**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Stephen E. SOKOLIC, Respondent.**

**Nos. 519 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

May 4, 1999.

*O R D E R*

PER CURIAM:

AND NOW, this 4th day of May, 1999, the Petition to Temporarily Suspend an Attorney pursuant to Rule 208(f), Pa. R.D.E., is granted, Stephen E. Sokolic is placed on temporary suspension, and he shall comply with all the provisions of Rule 217, Pa.R.D.E. The matter is hereby referred to the Disciplinary Board pursuant to Rule 214(f)(1), Pa.R.D.E.